UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TWENTY-NINE MILLION SEVEN
HUNDRED THOUSAND
($29,700,000.00) IN UNITED STATES CURRENCY,

    Defendant *in Rem*.
_____/

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

Plaintiff, the United States of America ("the United States"), through undersigned counsel, hereby files this Verified Complaint ("the Complaint") for Forfeiture *In Rem* against Twenty-Nine Million Seven Hundred Thousand ($29,700,000.00) in United States currency (the "Defendant Currency"), and in support thereof alleges as follows.

## JURISDICTION AND VENUE

1. This action is brought by the United States of America pursuant to Title 18, United States Code, Section 981(a)(1)(C), seeking the forfeiture of the Defendant Currency.

2. This Court has jurisdiction pursuant to Title 28, United States Code, Section 1355.

3. Venue is proper pursuant to Title 28, United States Code, Section 1355(b)(1)(A), because certain acts and omissions giving rise to the forfeiture took place in the Southern District of Florida, and pursuant to Title 28, United States Code, Section 1395(c), because the Defendant Currency is located in the Southern District of Florida.

4. The Defendant Currency represents property constituting and derived from proceeds of wire fraud in violation of Title 18, United States Code, Section 1343, and property traceable to such property, and is therefore subject to forfeiture to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C).

## PROBABLE CAUSE FOR FORFEITURE

5. Basler Kantonalbank ("BKB"), a financial institution headquartered in Switzerland, entered into a Deferred Prosecution Agreement with the United States, wherein, *inter alia*, BKB agreed to forfeit a total of $29,700,000.00 in United States currency, the Defendant Currency, to the United States. BKB agreed that the Defendant Currency is the substitute *res* for the proceeds of BKB's wire fraud offense. The Deferred Prosecution Agreement, with the accompanying Statement of Facts and Information, are attached and incorporated herein by reference, as Composite Exhibit A.

## CLAIM FOR FORFEITURE

6. The allegations contained in paragraphs one through five of this Complaint are incorporated by reference herein.

7. Title 18, United States Code, Section 981(a)(1)(C), subjects to forfeiture "[a]ny property, real or personal, which constitutes or is derived from proceeds traceable to a violation of… any offense constituting 'specified unlawful activity' (as defined in section 1956(c)(7) of this title), or a conspiracy to commit such offense."

8. "Specified unlawful activity" is defined in Title 18, United States Code, Section 1956(c)(7) to include any offense under Title 18, United States Code, Section 1961(1). Section 1961(1) lists, among others offenses, violations of Title 18, United States Code, Section 1343 (wire fraud).

2

9. Based on the foregoing, the Defendant Currency is subject to forfeiture to the United States of America pursuant to Title 18, United States Code, Section 981(a)(1)(C), as it is substitute *res* for property derived from wire fraud, in violation of Title 18, United States Code, Section 1343.

WHEREFORE, Plaintiff United States of America requests that process issue to enforce the forfeiture of the Defendant Currency, and that all persons having an interest in the Defendant Currency be cited to appear and show cause why the forfeiture should not be decreed, and that this Court decree forfeiture of the Defendant Currency to the United States of America for disposition according to law, and that this Court grant plaintiff such further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Respectfully submitted,

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

RICHARD E. ZUCKERMAN
PRINCIPAL DEPUTY ASSISTANT
ATTORNEY GENERAL
TAX DIVISION

/s/ *Michelle B. Alvarez*
Michelle B. Alvarez
Assistant United States Attorney
Florida Bar No. 615617
michelle.alvarez@usdoj.gov
U. S. Attorney's Office
99 N.E. 4th Street, 7th Floor
Miami, Florida 33132
Telephone: (305) 961-9088
Facsimile: (305) 536-7599

/s/ *Mark F. Daly*
Mark F. Daly
Senior Litigation Counsel
Court ID No. A5501435
mark.f.daly@usdoj.gov
Tax Division 01 D Street NW – Room 7334
601 D Street NW – Room 7334
Washington, DC 20004
Telephone: (202) 616-2245
Facsimile: (202) 616-1786

/s/ *Eloisa D. Fernandez*
Eloisa Delgado Fernandez
Assistant United States Attorney
Florida Bar No. 0999768
eloisa.d.fernandez@usdoj.gov
U. S. Attorney's Office
99 N.E. 4th Street, 7th Floor
Miami, Florida 33132
Telephone: (305) 961-9025
Facsimile: (305) 536-4089

/s/ *Jason Poole*
Jason Poole
Trial Attorney
Court ID No. A5501525
jason.h.Poole@usdoj.gov
Tax Division 01 D Street NW – Room 7334
601 D Street NW – Room 7334
Washington, DC 20004
Telephone: (202) 616-2245
Facsimile: (202) 514-0302

## VERIFICATION

Pursuant to Title 28, United States Code, Section 1746, I declare under penalty of perjury, that I have read the foregoing Verified Complaint for Forfeiture *In Rem* and Composite Exhibit A, and state that the facts alleged therein are true and correct to the best of my knowledge and belief.

The sources of deponent's information and the grounds of his belief are his personal involvement in the investigation, and conversations with and documents prepared by law enforcement officers and others.

Executed this __28__ day of August, 2018.

_____
Scott A. Johnson, Special Agent
United States Internal Revenue Service