**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 18-cv-23567-BLOOM**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TWENTY-NINE MILLION SEVEN
HUNDRED THOUSAND ($29,700,000.00)
IN UNITED STATES CURRENCY,

    Defendant.
_____/

**FINAL DEFAULT JUDGMENT OF FORFEITURE**

**THIS CAUSE** is before the Court upon the Motion for Final Default Judgment of Forfeiture pursuant to Federal Rule of Civil Procedure 55(b), ECF No. [12] ("Motion"), filed by the United States of America ("United States") on November 20, 2018.  The Court has carefully reviewed the Motion, the record in this case and the applicable law, and is otherwise fully advised.  For the reasons set forth below, the Motion is granted.

On August 31, 2018, the United States filed a Verified Complaint for Forfeiture *In Rem* against Twenty-Nine Million Seven Hundred Thousand ($29,700,000.00) in United States currency ("Defendant Funds") paid by Basler Kantonalbank ("BKB") pursuant to a Deferred Prosecution Agreement with the United States, wherein BKB agreed to pay and forfeit to the United States the Defendant Funds as proceeds of the fraud described therein.  ECF No. [1], Composite Exhibit A.  The United States also provided direct notice of this action to possible claimant BKB by providing a copy of the Verified Complaint to counsel for BKB, Keith D. Krakaur, Esq., and Christopher J. Gunther, Esq., with Skadden, Arps, Slate, Meagher & Flom LLP.  A Declaration of Publication of the notice of this forfeiture action was filed with the

Court on November 15, 2018. ECF No. [9]. All known possible claimants were therefore notified of the pending action. A copy of the Warrant of Arrest *In Rem* was served on the Defendant Funds, together with a copy of the Verified Complaint, on September 27, 2018. *See* ECF No. [8]. BKB has made the forfeiture payment called for in the Deferred Prosecution Agreement, and the Defendant Funds represent the total amount paid, which are now with the Internal Revenue Service.

More than thirty (30) days have elapsed since the dates of notice and publication, and no claim or answer has been filed by any party as required by Title 18, United State Code, section 983(a)(4), and Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. The time to file a claim and answer has expired.

On November 20, 2018, the Clerk of Court entered a default against the Defendant Funds pursuant to Fed. R. Civ. P. 55(a). ECF No. [11]. As a result, since no person has filed a claim, plead, or otherwise defended this cause, publication was duly made, and due notice was given, the United States is entitled to a final default judgment of forfeiture because the Defendant Funds are forfeitable pursuant to Title 18, United State Code, section 981(a)(1)(C), arising from violations of Title 18, United State Code, section 1343, or proceeds traceable thereto.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [12]**, is **GRANTED** as follows:

1. The allegations of the Verified Complaint are taken as admitted.
2. Any and all persons, claiming any interest, including potential claimant BKB or its representative, and all other potential claimants to the Defendant Funds are held in default.
3. Final default judgment of forfeiture is entered against the Defendant Funds,

Case No. 18-cv-23567-BLOOM

    approximately Twenty-Nine Million Seven Hundred Thousand ($29,700,000.00) in United States currency, including any accrued interest.

4. Any interest in the Defendant Funds is forfeited to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) arising from violations of 18 U.S.C. § 1343, or proceeds traceable thereto.

5. The Internal Revenue Service is directed to dispose of the Defendant Funds in accordance with law.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of November, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record